

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00557-CV

**IN RE** Stephanie **RIOS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  September 16, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On September 4, 2015, relator Stephanie Rios filed a petition for writ of mandamus and an emergency motion to abate further proceedings in the trial court pending a ruling on the mandamus petition. The court has considered the motion and petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion to abate are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. PR-14-016, styled *In the Estate of Artemio Rios, Deceased*, pending in the County Court at Law, Starr County, Texas, the Honorable Romero Molina presiding.